IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JONATHON JAY HENRY,

 Plaintiff,

v.               CASE NO. 5:12-cv-34-RS-GRJ

OFFICER LIPFORD, et al.,

 Defendant.
_____/

## **ORDER**

 Plaintiff, an inmate at the Jefferson Correctional Institution ("Jefferson CI") in Monticello, Florida, initiated this civil action on February 15, 2012 by filing Doc. 1, a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. The Court entered a February 21, 2012 order instructing Plaintiff to amend his complaint and properly fill out a motion to proceed *in forma pauperis* on or before March 16, 2012. (Doc. 4.) Plaintiff did not do so, which led the Court to issue a March 27, 2012 order to show cause instructing Plaintiff to show cause as to why this case should not be dismissed for his failure to obey the Court's February 21, 2012 order and for failure to prosecute. (Doc. 5.) In response to the order to show cause, Plaintiff filed what he styled as a "Petition for Court Order or Relief." (Doc. 6.) This document consists of a rambling narrative about alleged violations of Plaintiff's constitutional rights carried out by Florida Department of Corrections staff members. Plaintiff also states he has either received documents from this Court in an untimely manner or else never received these documents at all.

 Accordingly, the Court will instruct the Clerk to re-send Plaintiff copies of the Court's civil rights complaint form for prisoner litigants for actions arising under 42

U.S.C. § 1983 and the Court's motion to proceed *in forma pauperis* for use by a prisoner. Plaintiff will be given one final opportunity to file an amended complaint and amended motion to proceed *in forma pauperis* **on or before May 4, 2012**, failing which the undersigned will recommend dismissal of this action.

Accordingly, it is hereby **ORDERED:**

(1) The **Clerk** is directed to send Plaintiff a blank civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983 and a blank motion to proceed *in forma pauperis* for use by a prisoner.

(2) Plaintiff shall fill out the complaint form and the motion to proceed *in forma pauperis* in full and file both with the Clerk on or before **May 4, 2012.**

(3) Failure to comply with this order within the allotted time will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 12th day of April 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge