IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNATHON JAY HENRY,

    Plaintiff,

v.                                                                       CASE NO. 5:12-cv-34-RS-GRJ

OFFICER LIPFORD, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Doc. 30, Defendants' Motion for Enlargement of Time in Which to Answer or Otherwise Plead. Defendants seek a thirty-day extension of time to respond to Plaintiff's civil rights complaint . Upon due consideration, it is **ORDERED**:

The motion, Doc. 30, is **GRANTED.** Defendants shall file an answer or response **on or before September 4, 2012.**

**DONE AND ORDERED** this 6th day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge