IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNATHON JAY HENRY,

    Plaintiff,

v.                                      CASE NO. 5:12-cv-34-RS-GRJ

OFFICER LIPFORD, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 34, Plaintiff's "First Motion for the Enlargement of Time to Respond to Defendants' Motion to Dismiss." Plaintiff seeks a thirty-day extension of time to respond to Defendants' motion to dismiss his civil rights complaint. Upon due consideration, it is **ORDERED:**

The motion, Doc. 34, is **GRANTED**. Plaintiff must file a response to Defendants' motion to dismiss, Doc. 33, **on or before November 15, 2012**.

**DONE AND ORDERED** this 16th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge