# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JOHNATHON JAY HENRY,**

    **Plaintiff,**

**v.**                               **CASE NO. 5:12-cv-34-RS-GRJ**

**OFFICER LIPFORD, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42) and Plaintiff's Objections (Doc. 43). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion to Dismiss (Doc. 33) is **GRANTED in part** and **DENIED in part**. Plaintiff's claims in the Second Amended Complaint (Doc. 13) against Defendants Peacock and Gordon are **DISMISSED** and Plaintiff's Conspiracy claim against Defendant Lipford is **DISMISSED**.

3. The motion to dismiss Plaintiff's claim for compensatory damages and request for a judgment against the Department of Corrections is **GRANTED** without prejudice to Plaintiff later raising a claim for compensatory damages if he is able to demonstrate physical injury that is not *de minimus*.

4. The Eighth Amendment excessive force and retaliation claims against Officer Lipford remain.

**ORDERED** on April 29, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**