IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNATHON JAY HENRY,

   Plaintiff,

v.                           CASE NO. 5:12-cv-34-RS-GRJ

OFFICER LIPFORD,

   Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 105), and Plaintiff's Objection (Doc. 106). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 76) is **GRANTED**.

3. The clerk is directed to close the file.

**ORDERED** on June 19, 2014.

                                              **/s/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**